TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00148-CV







Ex Parte: Stephen James Devine








HABEAS CORPUS APPLICATION FROM TRAVIS COUNTY








PER CURIAM


 Stephen James Devine petitioned this Court for a writ of habeas corpus. 
Subsequently, the Clerk received a letter from the parties stating that the dispute has been
resolved, relator has been released from custody, and the appeal is moot.

 The cause is dismissed as moot.


Before Justices Powers, Jones and B. A. Smith

Dismissed as Moot

Filed: June 26, 1996

Do Not Publish